| | | | |
|---|---|---|---|
| Date: 09/20/10 | DIVIDENDS REMITTED TO THE COURT | #150994 | Page: |

Case Number 09-21917 - MELLADO, YECENIA M

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702-3397<br>(9-1) 0887 | 000009 | 101.24 | 4.69 ck1010 |
| ---------- Remittance Total --------------- | | 101.24 | 4.69 |

*signature*
MARY ANN RABIN, Trustee

FILED
2010 SEP 22 AM 11:53
CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND